**Opinion issued August 18, 2015**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-15-00607-CR

————————————

### IN RE JAWAID A. PARKER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jawaid A. Parker, has filed a petition for a writ of mandamus, seeking "to secure his 'right of being heard by himself'; his right to a 'speedy public trial by an impartial jury'"; and "his right to due process of law guaranteed under both the U.S. [and] Texas Constitutions and laws."[1]

---

[1] The underlying case is *The State of Texas v. Jawaid A. Parker*, cause number 1435056, in the 182nd District Court of Harris County, Texas, the Honorable Jeannine Barr presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).